65,469-11

TO: COURT OF CRIMINAL APPEALS                    1/26/2015
P O BOX 12308 CAPITAL STATION
AUSTIN, TEXAS   78711


RE: WR-65,469
LAST ORDER FILED


      DEAR CLERK,

THANK YOU FOR THE LAST REPLY OF JAN.8,2015. IF I COULD I WOULD LIKE TO REQUEST
THE LAST ORDER THAT THIS HONORABLE COURT GAVE ME TOWARDS HE END OF 2014,(I AM NOT
SURE OF THE DATE ANYMORE, I HAD TO MOVE FROM ONE BUILDING TO ANOTHER AND LOST ALOT
OF MY PAPER WORK IN THAT MOVE). I DEEPLY APPRICIATE ANY AND ALL ASSISTANCE IN THIS.

      THANK YOU KINDLY FOR YOUR TIME AND PATIENCE,

        SINCERLY,

      PAIGE LOUIS BENNER 1278531
      2101 FM 369 Nth ALLRED UNIT
        IOWA PARK, TEXAS
        76367-6568

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

cc personal file